**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-mc-00103-RM

UNITED STATES OF AMERICA,

      Petitioner,

v.

JULIE A. DALE CLOSING SERVICES LLC,

      Respondent.

---

**ORDER TO SHOW CAUSE**

---

This matter is before the Court on the United States of America's Petition to Enforce IRS

Summons (ECF No. 1). After considering the Petition, and attachments, it is hereby ORDERED

that:

(1) A copy of this Order to Show Cause, together with the Petition and the Declaration of
Revenue Agent Nona, shall be served upon Respondent in accordance with Fed. R.
Civ. P. 4 within 21 days of the date of this Order to Show Cause or as soon as
possible. In accordance with Fed. R. Civ. P. 4.1, the Court hereby appoints the group
manager of Revenue Agent Nona, and all federal employees designated by that group
manager, to serve process in this case;

(2) That proof of service done in accordance with paragraph 1 above shall be filed
with the Clerk of the Court as soon as practicable;

(3) That within 21 days of service upon Respondent, in accordance with paragraph 1
above, Respondent shall SHOW CAUSE, in writing, as to why it should not be

compelled to comply with and obey the IRS summons served upon it;

(4) That Petitioner may file a reply within 14 days of the filing of any response; and

(5) That the failure to respond to this Order to Show Cause by Respondent will result in

the Court making a determination on the Petition without Respondent's input.

DATED this 13th day of April, 2021.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge